■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HASSETT, Appellant. [674 NYS2d 598] —Judgment unanimously affirmed. Memorandum: Following a jury trial, County Court held a hearing on defendant's motion to set aside the verdict on the ground of alleged juror misconduct (*see*, CPL 330.30 [2]). In denying the motion, the court determined that defendant did not prove his allegations by a preponderance of

the credible evidence. There is no basis to disturb that determination. We have considered the contentions in defendant's *pro se* supplemental brief and conclude that they are without merit. (Appeal from Judgment of Onondaga County Court, Fahey, J.—Aggravated Criminal Contempt.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.